No. 03-9323. DUNN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03-9333. OVERBY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03-9351. AGUILERA-DE FLORES v. UNITED STATES; and JALOMO-GALLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03-9715. TURNER v. HORN ET AL. Sup. Ct. Pa. Certiorari denied.

No. 03-9716. BROWN v. SCOTT ET AL. C. A. 4th Cir. Certiorari denied.

No. 03-9717. MACKEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03-9735. DALAL v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03-9736. O'NEAL v. HAMMER ET AL. Sup. Ct. Haw. Certiorari denied.

No. 03-9745. LEE v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 03-9747. JON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03-9749. JOHNSON v. MARSHALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-9758. ROGERS v. ROSE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-9760. JOHNSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.